# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 8123 | **DATE** | 3/24/2005 |
| **CASE TITLE** | Ludington Tech Inc. vs. Blizzard Corp. | | |

**DOCKET ENTRY TEXT:**

Pursuant to settlement agreement, this case is dismissed with prejudice and without costs as set forth in the dismissal order. This court retains jurisdiction to enforce the settlement agreement. Enter Agreed Order of Dismissal. Status hearing stricken.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|