

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LUDINGTON TECHNOLOGIES, INC., a Michigan corporation, and HAPP CONTROLS, INC., an Illinois corporation, | Civil Action No. 04C 8123 |
| Plaintiffs, | Judge Manning<br>Magistrate Judge Denlow |
| v. | |
| BLIZZARD CORPORATION, a Michigan corporation. | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that plaintiffs, Ludington Technologies, Inc. (hereinafter "Ludington") and Happ Controls, Inc. (hereinafter "Happ Controls"), and defendant, Blizzard Corporation (hereinafter "Blizzard"), have agreed to a settlement of all claims and counterclaims that were or could have been brought by them in this Civil Action.

WHEREFORE, with the consent of plaintiffs and defendant, through their undersigned attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

1.      This Court has personal jurisdiction over the parties and the subject matter of this action, including the enforcement of the Settlement Agreement entered into among the parties.

2.      Pursuant to the terms and conditions of the Settlement Agreement entered into between the parties, all claims, counterclaims and defenses of Ludington, Happ Controls, and Blizzard are hereby dismissed with prejudice; however, either Ludington, Happ Controls, or Blizzard shall have the right to take future action consistent with the Settlement Agreement.

3.      Each party to this Order shall bear its own costs and attorneys' fees.

SO ENTERED:

Dated:     3-24-05

United States District Court Judge